IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN RE:    ASBESTOS LITIATION | § | |
| | § | No. 15, 2020 |
| SANDRA KIVELL, individually and | § | |
| as Personal Representative of the | § | |
| Estate of MILTON J. KIVELL, | § | Court Below: Superior Court |
| deceased, | § | of the State of Delaware |
| | § | |
| Plaintiff Below, | § | C.A. No.    N15C-07-093 |
| Appellant, | § | |
| | § | |
| v. | § | |
| | § | |
| UNION CARBIE CORPORATION, | § | |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted:    September 16, 2020
Decided:    October 26, 2020

Before **SETIZ**, Chief Justice; **VAUGHN**, and **TRAYNOR**, Justices.

## O R D E R

This 26th day of October 2020, the Court having considered this matter after oral argument and on the briefs filed by the parties has determined that the final judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned by the Superior Court in its orders dated August 30, 2017 and May 1, 2018.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice